**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ROBERT D. HAMPSON,**

Plaintiff,

v.

**SHERYL RAMSTAD HVASS, LOU STENDER, NANETTE M. SCHROEDER, STEVEN HERJE, DEAN LEE, and TERRIAN PANQERL,**

Defendants.

Civil No. 99-1063 (PAM/JGL)

**ORDER**

---

APPEARANCES

Plaintiff Robert D. Hampson, pro se.

Richard Lynn Varco, Jr., Esq., on behalf of Defendant Steven Herje.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on Defendant Steven Herje's motion to dismiss. This matter has been referred to the undersigned Magistrate Judge for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

Defendant Herje filed his motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on July 21, 2000, in lieu of answering the Complaint. However, Defendant Herje did not file an accompanying memorandum of law, nor did Defendant state with particularity in his motion the grounds for the motion. On August 1, 2000 this Court issued a pretrial order explicitly requiring Defendant

FILED SEP 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Herje to file a memorandum of law in support of his motion to dismiss by August 30, 2000. Defendant Herje did not file the memorandum by the mandated deadline. On September 27, 2000, counsel for Mr. Herje explained to this Court that he did not receive a copy of the pretrial order from the Clerk's office. The Court verified this information. Therefore, the deadline for Defendant's memorandum of law is extended until October 11, 2000.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Steven Herje's deadline to file a memorandum of law in support of his motion to dismiss is extended until October 11, 2000.

Dated: September 27, 2000.

JONATHAN LEBEDOFF
United States Magistrate Judge