IN UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert D. Hampson,

Plaintiff,

vs.

Sheryl Ramstad Hvass, Lou Stender, Nanette M. Schroeder, Steve Herje, Dean Lee and Terrian Panqerl,

Defendants.

CIVIL NO. 00-1063 (PAM/JGL)

**ORDER**

---

The above-entitled matter came on for hearing without oral argument before the undersigned Magistrate Judge of the United States District Court upon the motion of defendant Dean Lee, M.D. for dismissal and/or summary judgment.

Now, upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED,**

1. Defendant Dean Lee, M.D.'s motion to extend the file to file his Reply Memorandum in support of summary judgment/dismissal is granted in its entirety;

2. Defendant Dean Lee, M.D.'s deadline to file his reply papers in connection with said motion is November 17, 2000.

BY THE COURT:

DATED: Oct. 30, 2000

MAGISTRATE JONATHAN LEBEDOFF
U.S. DISTRICT COURT
DISTRICT OF MINNESOTA

FILED OCT 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK