# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Robert D. Hampson

Plaintiff

v.

Sheryl Ramstad Hvass,
Lou Stender, Nanette M.
Schroeder, Steve Herje,
Dean Lee and Terrian Pangerl

Defendants

Case No. Civil 00-1063 PAM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for a temporary restraining order is denied. Defendant Steve Herje's motion to dismiss is granted. Defendant Dean Lee's motion to dismiss or for summary judgment is granted. Defendants Sheryl Ramstad Hvass, Lou Stender, Nanette M. Schroeder and Terrian Pangerl's motion for summary judgment is granted.

DATE: February 1, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

72